**No. 57150.**—L. Barbier *v.* United States, protests 187557–K and 188738–K (New York).

Opinion by Johnson, J.  From an examination of the papers in the case the court was unable to find anything to overcome the presumption of correctness of the collector's classification.  The protests were therefore overruled.

**No. 57151.**—U. S. A. International Company, Inc. *v.* United States, protest 187745–K (New York).

Opinion by Johnson, J.  From an examination of the papers in the case the court was unable to find anything to overcome the presumption of correctness of the collector's classification.  The protest was therefore overruled.

**No. 57152.**—F. C. Gerlach & Co. *v.* United States, protest 189778–K (New York).

Opinion by Johnson, J.  From an examination of the papers in the case the court was unable to find anything to overcome the presumption of correctness of the collector's classification.  The protest was therefore overruled.